# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANTHONY MCDOUGAL, JR.,                                                                  PLAINTIFF

v.                            3:18CV00210-JM-JTK

CHUCK FEARS, et al.                                                   DEFENDANTS

## **ORDER**

McDougal has not responded to the Court's February 13, 2019 Order directing him to notify the Court of his current address and intent to continue with the prosecution of this action within thirty days (Doc. No. 19). Accordingly,

IT IS, THEREFORE, ORDERED that:

1.       Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.[1]

2.       Defendant Fears' Motion to Dismiss (Doc. No. 14) is DENIED without prejudice as moot.

3.       The Motion to Compel filed by Defendants Black and Sullivan (Doc. No. 22) is DENIED without prejudice as moot.

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

A Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE