IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY MCDOUGAL, JR.,                                                            PLAINTIFF
ADC #153312

v.                             3:18CV00210-JM-JTK

CHUCK FEARS, et al.                                                       DEFENDANTS

## ORDER

On November 29, 2018, an order was entered allowing Mr. McDougal to proceed without paying fees or costs. (Doc No. 4). In that order, he was advised of his responsibilities pursuant to Local Rule 5.5(c)(2) to promptly notify the Clerk of any change in his address, to monitor the progress of his case, and to prosecute the action diligently. He was also advised that any communication from the Court to which he does not respond within thirty days could lead to the dismissal of his case without prejudice.

On February 13, 2019, the Court entered an order directing Mr. McDougal to notify the Court of his current address within 30 days. He failed to do so, and all correspondence to him has been returned as undeliverable. Six months later, on October 10, 2019, Mr. McDougal asks the Court to reopen his case because he had family problems and could not focus on his cases, but now he wished to continue to pursue his cases. That motion is denied.

IT IS SO ORDERED this 19th day of November, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE